# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TYDARIAN MARCUS MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1457

_____

August 30, 2024

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar and Thomas Krug, Judges.

Howard L. Dimmig, II, Public Defender, and Ann Fitz, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P, Hurley, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.

Opinion subject to revision prior to official publication.